ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sweet Star Logistic Service | ) ASBCA No. 62082 |
| | ) |
| Under Contract No. W91B4N-18-P-5056 | ) |

APPEARANCE FOR THE APPELLANT:       Ms. Sweeta Rahimi
      CEO

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
      Army Chief Trial Attorney
      LTC Stephen M. Hernandez, JA
      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD
ON APPELLANT'S SECOND MOTION FOR RECONSIDERATION

On September 30, 2020, we dismissed this appeal for lack of jurisdiction because the claim lacked a sum certain as required by the Contract Disputes Act. Appellant filed a document we deemed a motion for reconsideration on October 2, 2020. We denied this first motion for reconsideration on December 29, 2020. Appellant emailed again on January 1, 2021, and January 19, 2021, and we deemed these emails to constitute a second motion for reconsideration. The government has declined to file a response.

The Board's Rules do not provide for a second motion for reconsideration. Accordingly, we deny appellant's motion. The Recorder is instructed not to accept further filings by appellant relative to this appeal. *See Quality Trust, Inc.*, ASBCA No. 59983, 16-1 BCA ¶ 36,529 at 177,948.

Dated: March 25, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                    I concur

OWEN C. WILSON                                MICHAEL T. PAUL
Administrative Judge                             Administrative Judge
Vice Chairman                                       Armed Services Board
Armed Services Board                            of Contract Appeals
of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62082, Appeal of Sweet Star
Logistic Service, rendered in conformance with the Board's Charter.

        Dated:  March 26, 2021


                                                    PAULLA K. GATES-LEWIS
                                                    Recorder, Armed Services
                                                    Board of Contract Appeals